**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Damario Alexander, et al.

                        Plaintiff,

v.                                                        Case No.: 1:22–cv–05471
                                                            Honorable Young B. Kim

MLCL Group, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 17, 2023:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for approval of settlement and dismissal of the case with prejudice [41] is granted in part and denied in part. Having reviewed the relevant terms of the settlement, the court approves the settlement agreement as a fair and reasonable resolution of a bona fide dispute over the Settlement Collective's FLSA claims against Defendants. As such, the court approves the parties' settlement agreement. However, the motion is denied to the extent that the parties seek the dismissal of the case with prejudice. The case is dismissed without prejudice and the Settlement Collective may reinstate this matter by January 31, 2024, but solely for purposes of enforcing the terms of the settlement. To be clear, the Settlement Collective may not reinstate the case to litigate any of the underlying FLSA claims. The court does so because for this court to retain jurisdiction, the case cannot be dismissed with prejudice. If the matter is not reinstated by, or a motion to reinstate is not pending as of, January 31, 2024, the case will be dismissed with prejudice on February 1, 2024, without further order of the court. Civil case terminated. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.